IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ERNEST ANAYA, ) <br> ) <br> Petitioner, ) <br> v. ) <br> ) <br> R.J. SUBIA, Acting Warden, ) <br> ) <br> Respondent. ) <br> _____ ) | No. C 07-2064 SBA (pr) <br> <br> **ORDER DISMISSING PETITION <br> AS SUCCESSIVE** |

## BACKGROUND

Petitioner Richard Ernest Anaya, a state prisoner incarcerated at Mule Creek State Prison in Ione, California, filed this pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 and an application for in forma pauperis status. Venue is proper because Petitioner was convicted in the Santa Clara County Superior Court, which is located in this judicial district. See 28 U.S.C. § 2241(d).

According to the allegations in the petition, Petitioner was convicted of robbery and was sentenced on May 25, 2000. He did not appeal the conviction or sentence, but he later filed a petition for a writ of habeas corpus in the superior court, in which he asserted a claim that he was mentally incompetent to stand trial or enter a plea, and a claim that he was provided ineffective assistance of counsel. That petition was denied on April 11, 2003. On May 28, 2003, he filed a habeas petition in the California Supreme Court, which was also denied.

On February 12, 2004, Petitioner filed a previous habeas action challenging his 2000 conviction in this Court, Anaya v. Knowles, Case No. C 04-0611 SBA (PR). He had filed another habeas action challenging a different conviction, Anaya v. Knowles, Case No. 03-0479 SBA (PR) the year prior to that, on February 4, 2003.

On January 3, 2005, the Court granted Respondent's motion to dismiss both petitions in Case No. 03-0479 SBA (PR) and Case No. C 04-0611 SBA (PR) as untimely. Petitioner

appealed, and the Ninth Circuit Court of Appeals denied Petitioner's request for a certificate of appealability.

Thereafter, Petitioner filed state habeas petitions, which were denied by the superior court in 2006, and by the California Supreme Court in March, 2007.

Petitioner filed the present petition on April 12, 2007, raising claims not raised in his prior federal petition. He acknowledges that he filed two prior federal habeas petitions; however, he argues that the merits of his claims were "never reached." He states that he has filed a motion for leave to file a second or successive petition in the Ninth Circuit. That motion is "now pending," according to his petition.

## DISCUSSION

The Court finds the present petition is a second or successive petition attacking the same conviction and sentence as Petitioner's prior habeas action in Case No. C 04-0611 SBA (PR). A second or successive petition containing new claims may not be filed in the district court unless Petitioner first obtains from the Ninth Circuit an order authorizing the district court to consider the petition. 28 U.S.C. § 2244(b)(3)(A). As stated above, Petitioner's motion for leave to file a second or successive petition is pending in the Ninth Circuit. Accordingly, the petition is DISMISSED without prejudice to filing a new habeas action if Petitioner obtains the necessary order.[1]

## CONCLUSION

For the foregoing reasons, the petition is DISMISSED a second and successive petition pursuant to 28 U.S.C. § 2244(b). The Clerk of Court shall terminate all pending motions, enter judgment and close the file. No filing fee is due.

IT IS SO ORDERED.

DATED: 5/17/07

_Saundra B Armstrong_
SAUNDRA BROWN ARMSTRONG
United States District Judge

---

[1] A dismissal without prejudice entitles Petitioner to file a new petition if he receives authorization from the Ninth Circuit.

P:\PRO-SE\SBA\HC.07\Anaya2064.dismiss.frm            2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

RICHARD ERNEST ANAYA,

    Plaintiff,

v.

R.J. SUBIA et al,

    Defendant.

Case Number: CV07-02064 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 18, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Richard E. Anaya P-36075
Mule Creek State Prison
P.O. Box 409020
Ione, CA 95640

Dated: May 18, 2007

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\HC.07\Anaya2064.dismiss.frm    3