FILED

JUL 16 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: RICHARD ERNEST ANAYA. | No. 08-72792 |
| | D.C. No. 4:07-cv-02064-SBA<br>Northern District of California, Oakland |
| RICHARD ERNEST ANAYA,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA,<br><br>Respondent,<br><br>R.J. SUBIA, Acting Warden,<br><br>Real Party in Interest. | ORDER |

Before: SCHROEDER, LEAVY and IKUTA, Circuit Judges.

Petitioner has not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus. *See Bauman v. United States Dist. Court*, 557 F.2d 650 (9th Cir. 1977). Accordingly, the petition is denied.

KS/MOATT

No motions for reconsideration, modification, or clarification of this order shall be filed or entertained.

KS/MOATT 2 08-72792