IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHARD ERNEST ANAYA,

    Petitioner,

 v.

R. J. SUBIA, Warden,

    Respondent.
                                 /

No. C 07-02064 SBA (PR)

**ORDER STRIKING PETITION FOR WRIT OF MANDAMUS**

    This is a habeas action that has been closed as of May 17, 2007. Before the Court is Petitioner's petition for a writ of mandamus.

    On May 17, 2007, the petition was dismissed a second and successive petition pursuant to 28 U.S.C. § 2244(b). Thereafter, Petitioner filed a petition for a writ of mandamus in the United States Court of Appeals for the Ninth Circuit. On July 16, 2008, the Ninth Circuit denied the petition.

    As this case is closed, the new petition for a writ of mandamus is not properly filed herein. Accordingly, it is hereby ordered STRICKEN.

    This Order terminates Docket no. 14.

    IT IS SO ORDERED.

DATED: 2/11/09

                                                _Saundra B Armstrong_
                                                SAUNDRA BROWN ARMSTRONG
                                                United States District Judge

P:\PRO-SE\SBA\HC.07\Anaya2064.strikeMANDAMUS.wpd

1  UNITED STATES DISTRICT COURT
2  FOR THE
3  NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ERNEST ANAYA, | Case Number: CV07-02064 SBA |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| R.J. SUBIA et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 12, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Richard E. Anaya P-36075
High Desert State Prison
P.O. Box 3030
Susanville, CA 96127

Dated: February 12, 2009

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\HC.07\Anaya2064.strikeMANDAMUS.wpd